IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY STURGIS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | No. 01-060 |
| BENJAMIN VARNER, et al., | : | |
| Respondents. | : | |

# O R D E R

**AND NOW,** this 4th day of April 2014, upon consideration of Petitioner, Larry Sturgis', Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) (Doc. No. 63), the Response filed by Respondents and Petitioner's Traverse, it is hereby **ORDERED** that Petitioner's Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE